THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARCHIBALD MUNKS, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

FLORENCE W. E. RICHARDS, as Executrix, etc., of EUGENE LAMB RICHARDS, Deceased, Appellant, v. FRED Y. PRESLEY, NATIONAL INVESTORS CORPORATION and GUARDIAN DETROIT COMPANY, Respondents.— Motion of defendants Presley and Guardian Detroit Company for reargument denied. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. Motion of defendant National Investors Corporation for reargument, reargued on March 15, 1935, with respect to a new trial as to that defendant, denied. Lazansky, P. J., Tompkins and Davis, JJ., concur; Hagarty and Johnston, JJ., dissent and vote to grant the motion for reargument on the ground that said defendant is entitled to a new trial. [See *ante*, p. 636.]

WILLIAM D. RODDY, Respondent, v. LEWIS J. VALENTINE, as Police Commissioner of the City of New York and as Trustee and Treasurer of the Police Pension Fund of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

MORRIS ROTH and Another, Respondents, v. YELLOW TAXI CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division granted. Let the papers on appeal contain correct copies of the original affidavit. Present — Hagarty, Carswell, Tompkins and Davis, JJ.

SAINT BARBARA'S ROMAN CATHOLIC CHURCH, Respondent, v. THE CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

GIULIO SANTA BARBARA and Another, Appellants, v. PASQUALE AVALLONE & STEFANO MIELE, INC., and Others, Defendants. EDWARD CALABRESE, as Surviving Administrator, etc., of PASQUALE AVALLONE, Deceased, and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.

YETTA ZIEGLER, Appellant, v. BENJAMIN ZIEGLER, Respondent.— Motion for a stay denied and temporary stay vacated in so far as it prevents the defendant from moving the case for trial. It appears that the case is now on the March calendar of the Supreme Court, Kings county. It should be tried without delay. The motion for stay of proceedings under the order of March 6, 1935, granted in so far as it vacates the sequestration order of June 21, 1934, provided that the defendant file a bond for $500, on condition that the appeal be perfected and argued on April twelfth; otherwise, motion denied. The defendant may elect to assign to the receiver $1,650 of the sum now on deposit to the credit of the receiver in the Lawyers County Trust Company of Brooklyn, to be held by said receiver subject to the further order of the court in the action, and defendant thereby may become entitled to the remaining sum, in which case the motion for a stay will be denied and the necessity of an appeal be obviated. Copies of the affidavits herein will be sent to the grievance committee of the Brooklyn Bar Association for such action as to the alleged misconduct of Abraham Ziegler, an attorney, as it deems proper. Present — Lazansky, P. J., Young, Carswell, Davis and Johnston, JJ.